AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
538 Hamblin Ave. W., Battle Creek, MI 49037

Case No. 1:26-mj-00371

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Western District of Michigan *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before September 23, 2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Sally J. Berens .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________ .

Date and time issued: 09/09/2026 1:53 pm

*Judge's signature*

City and state: Grand Rapids, MI

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:26-mj-00371 | 9/14/2026 @ approx. 2:24PM | 538 Hamblin Ave, Battle Creek, MI |

Inventory made in the presence of :
Postal Inspector N. Williamson

Inventory of the property taken and name(s) of any person(s) seized:

See attached inventory.

mm mm

mm mm

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/14/2026

Melissa J McAlister
*Executing officer's signature*

Melissa McAlister, Postal Inspector
*Printed name and title*

THE UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

Position/Box.: ______/______

Subject Name: KEVIN CALDWELL Date: 9/9/26

Subject Address: 538 HAMBLIN AVE. W, BATTLE CREEK Floor/Room No.

Inspector(s): MCALISTER Case No. 4732131-MF

Safe: — Cabinet: — Credenza: — Desk: — Drawer: —

Shelf: — Table: — Wall: — Other: —

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | WHITEBOARD - ROOM A |
| 1 | MISC. DOCUMENTS - ROOM A |
| 1 | MISC. TAX & FINANCIAL DOCUMENTS - ROOM C |
| 1 | LARGE WHITE MARKER BOARD - ROOM B |
| 1 | HP CHROME LAPTOP - ROOM C |
| — | S/N# 5CD94399QV |
| 1 | ASUS LAPTOP S/N# T9NOPX00B121368 - ROOM A |
| 1 | HP LAPTOP S/N# VNX5440CN6 - ROOM A |
| 1 | MISC. HANDWRITTEN DOCS - ROOM D |
| 1 | NOTEBOOK & MISC. DOCS - ROOM E |
| 1 | SAMSUNG CELLPHONE w/CRACKED SCREEN - ROOM A |
| 1 | BLU SMARTPHONE S/N: 10903080250044864 - ROOM A |
| 1 | MOTOROLA CELLPHONE - BLUE - ROOM B |
| 1 | GRAY IN COLOR CELLPHONE - ROOM B |
| 1 | FOXX CELLPHONE - ROOM B /// —— NEW — |
| | NEW |
| | /// —— NEW —/// |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 1 pages

PS Form 8164, October 1993